WALTER FLAVIUS McCALEB, Respondent, v. FROHMAN AMUSEMENT CORPORATION and Another, Appellants.— Interlocutory judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and at Special Term. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and Greenbaum, JJ.

COHEN BROTHERS MANUFACTURING Co., INC., Respondent, v. RICE IMPORT Co., INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN SPARLER, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J.; Dowling, Smith, Merrell and Greenbaum, JJ.

HARRY LIPSHITZ, as Administrator, etc., of SARAH LIPSHITZ, Deceased, Appellant, v. RICHARD FITZPATRICK, INC., Defendant, Impleaded with NEW YORK STEAM Co., INC., Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and Greenbaum, JJ.

HARRY LIPSHITZ, as Administrator, etc., of SARAH LIPSHITZ, Deceased, Respondent, v. RICHARD FITZPATRICK, INC., Appellant, Impleaded with NEW YORK STEAM Co., INC., Defendant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and Greenbaum, JJ.

CARL FREDERICK GUGGENBUEHLER, Appellant, v. CAST-A-LINER COMPANY, INC., and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and Greenbaum, JJ.

JOSEPH GREENBERG, Respondent, v. RICHARD GODFREY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and Greenbaum, JJ.

MAY F. CLARK, Appellant, v. VINCENT T. CLARK, Respondent.— Judgment and order affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and Greenbaum, JJ.

ABRAHAM WOLFF, Respondent, v. THE TRAVELERS INDEMNITY COMPANY, Appellant.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and Greenbaum, JJ.

SPENCER KELLOGG & SONS, INC., Respondent, v. W. H. & F. JORDAN, JR., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of said costs and ten dollars costs at Special Term. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and Greenbaum, JJ.

JOSEPH M. LEVY, Appellant, v. SEBERT E. DAVENPORT, JR., Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to serve amended complaint on payment of costs of action to date. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.; Greenbaum, J., dissenting.

JOHN S. SHEPPARD and Others, as Receivers of BRADLEY CONTRACTING COMPANY, Appellants, v. THE CITY OF NEW YORK, Respondent.— Judgment